THOMAS JOHNSON v. TOWNSHIP OF SOUTHAMPTON, COUNTY OF BURLINGTON.

May 30, 1978. Petition for certification denied. (See 157 *N. J. Super.* 518)

IN THE MATTER OF THE SUSPENSION OR REVOCATION OF THE LICENSE OF: JERROLD I. KOENIG, D.D.S.

May 30, 1978. Petition for certification denied.

SANDRA CASTELLANO v. LINDEN BOARD OF EDUCATION.

May 30, 1978. Petition for certification granted. (See 158 *N. J. Super.* 350)

COLUMBIAN ORNAMENTAL IRON WORKS AND WELDING v. RED BIRD CONSTRUCTION CO.

May 30, 1978. Petition for certification denied.

JOSEPH G. SCIARRILLO v. MARIA SCIARRILLO.

May 30, 1978. Petition for certification denied.